COURT OF APPEALS OF VIRGINIA

Present:    Judges Petty, Chafin and Senior Judge Annunziata

DEBORAH J. BAKER

                                                              MEMORANDUM OPINION*
v.       Record No. 0098-14-4                                    PER CURIAM
                                                                 MAY 27, 2014
WALMART ASSOCIATES, INC. AND NATIONAL UNION
 FIRE INSURANCE COMPANY OF PITTSBURGH, INC.


             FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

             (John J. O'Donnell, Jr., on brief), for appellant.

             (Monica Taylor Monday; Peter G. Irot; Gentry Locke Rakes &
             Moore, LLP, on brief), for appellees.


        Deborah J. Baker appeals a decision of the Workers' Compensation Commission finding

that Baker's Reflex Sympathetic Dystrophy/Complex Regional Pain Syndrome was a

consequence of a compensable consequence and therefore not compensable.  We have reviewed

the record and the commission's opinion and find that this appeal is without merit.  Accordingly,

we affirm for the reasons stated by the commission in its final opinion.  See Baker v. WalMart

Assoc. Inc., VWC File No. VA00000552521 (Dec. 18, 2013).  We dispense with oral argument

and summarily affirm because the facts and legal contentions are adequately presented in the

materials before the Court and argument would not aid the decisional process.  See Code

§ 17.1-403; Rule 5A:27.

                                                                        Affirmed.

_____
        * Pursuant to Code § 17.1-413, this opinion is not designated for publication.

UNPUBLISHED